IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 12-00276 HG-1 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOHN JOSEPH KALEI HALL, | ) | |
| Defendant. | ) | |

**ORDER GRANTING GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35(B)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

On August 29, 2012, Defendant John Joseph Kalei Hall ("Defendant") plead guilty to Count 1 of the Indictment, (ECF No. 1), charging him with extortion under color of official right, in violation of 18 U.S.C. § 1951. (ECF No. 14).

On June 14, 2013, the Government filed a Motion For Downward Departure pursuant to 5K1.1 of the United States Sentencing Guidelines. (ECF No. 26). The Motion For Downward Departure was based upon Defendant's pre-sentence substantial assistance to government authorities. (Id. at pp. 2-3).

At the sentencing hearing on June 27, 2013, the Court granted the Government's Motion For Downward Departure. (ECF No. 29). The Court sentenced Defendant to a term of 13 months of imprisonment. (Id.)

1

On March 24, 2014, the Government filed a Motion entitled "UNITED STATES' RULE 35(b) MOTION FOR DOWNWARD DEPARTURE IN SENTENCING" ("Motion to Reduce Sentence"). (ECF No. 35). The Motion to Reduce Sentence was based upon post-sentence substantial assistance to government authorities. (Id. at pp. 2-4).

The Motion To Reduce Sentence recommends a 3 month reduction in Defendant's sentence, reducing Defendant's sentence from 13 months to 10 months of imprisonment.

## STANDARD OF REVIEW

Federal Rules of Criminal Procedure, Rule 35(b)(1) provides:

**(1) In General.** Upon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person.

A Rule 35 motion is essentially a plea for leniency and is addressed to the sound discretion of the district court. United States v. Smith, 964 F.2d 885, 887 (9th Cir. 1992); United States v. Hooton, 693 F.2d 857, 859 (9th Cir. 1982).

## ANALYSIS

The Court finds that Defendant substantially assisted the Government in the investigation and prosecution of another person. A reduction of Defendant's sentence pursuant to Rule

35(b)(1) is appropriate.  Based on the nature of Defendant's cooperation, the circumstances of Defendant's criminal conduct, and Defendant's prior criminal history, the Court grants a sentence reduction of 3 months, finding the sentence of 10 months in the case to be consistent with the Sentencing Guidelines and the Sentencing Commission's policy statements.

**CONCLUSION**

In accordance with the foregoing, the Court **GRANTS** the Government's Motion to Reduce Defendant's Sentence.  The Court reduces the sentence of Defendant from 13 months to 10 months of imprisonment.  All other aspects of Defendant's sentence remain unchanged.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 7, 2014.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge

United States v. John Joseph Kalei Hall, Crim. No. 12-00276 HG-1;
**ORDER GRANTING GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35(B)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**